IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JORGE ALDAPE                                                              PLAINTIFF

          v.                Civil No. 10-5247

SHERIFF FERGUSON, Benton
County, Arkansas; and
ROBERT HOLLY, Administrator,
Benton County Detention
Center                                                                    DEFENDANTS

### O R D E R

Now on this 9th day of March, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #9), to which no timely objection has been made, and the Court, being well and sufficiently advised, finds that said Report And Recommendation is sound in all respects, and should be **adopted in toto.**

**IT IS THEREFORE ORDERED** that plaintiff's Complaint is hereby **dismissed.**

**IT IS FURTHER ORDERED** that this case is considered a "strike" pursuant to **28 U.S.C. § 1915(g),** and the Clerk of Court is directed to place the appropriate flag on this case.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**